**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JARDINE GOUGIS,<br><br>Plaintiff,<br><br>vs.<br><br>HZH PIZZERIA INC. D/B/A AMECI PIZZA KITCHEN; CHEROUGE CORPORATION; and DOES 1 to 10,<br><br>Defendants. | **Case No.: CV 20-7719-GW-GJSx**<br>Assigned to George H. Wu<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION** |

[PROPOSED] ORDER

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice with the Court to retain jurisdiction up until February 19, 2021.

SO ORDERED.

DATED: January 20, 2021       _____
                              HON. GEORGE H. WU, U.S. District Judge